# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-56759 SQU |
| KUMAR, PRATHIBHA D | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor

      Leaving a balance on hand of              $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was ____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/GINA B. KROL_____
                                                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1

Exhibit A

| Case No: | 05-56759 SQU Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | KUMAR, PRATHIBHA D | Date Filed (f) or Converted (c): | 10/15/05 (f) |
| | | 341(a) Meeting Date: | 02/14/06 |
| For Period Ending: 09/16/09 | | Claims Bar Date: | 07/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 150,000.00 | 57,354.80 | | 22,646.65 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 358.33 | Unknown |
| TOTALS (Excluding Unknown Values) | $151,500.00 | $57,354.80 | | $23,004.98 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR

Debtor will not receive discharge since settlement was not fully paid.

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 06/30/09

UST Form 101-7-TFR (4/1/2009) *(Page: 3)*

LFORM1    Ver: 14.31c

**FORM 1**

Case 05-56759 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main
Doc 39 Filed 10/06/09 Entered 10/06/09 09:48:02
Document ASSET CASES Page 4 of 13

Page: 2

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-56759 SQU Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit A |
| Case Name: | KUMAR, PRATHIBHA D | | Date Filed (f) or Converted (c): | 10/15/05 (f) | |
| | | | 341(a) Meeting Date: | 02/14/06 | |
| | | | Claims Bar Date: | 07/28/06 | |

_____ Date: _____

GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-56759 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | KUMAR, PRATHIBHA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4105  BofA - Money Market Account |
| Taxpayer ID No: | *******2349 | | | |
| For Period Ending: | 09/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/12/06 | 1 | Prathibha Kumar | Partial Sales Proceeds | 1110-000 | 19,146.65 | | 19,146.65 |
| C  06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 8.36 | | 19,155.01 |
| C  07/10/06 | 1 | Vijay Kumar | | 1110-000 | 500.00 | | 19,655.01 |
| C  07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.53 | | 19,671.54 |
| C  08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.71 | | 19,688.25 |
| C  09/18/06 | 1 | Pratthibiha Kumar<br>918 Genesee Dr.<br>Naperville, IL  60563 | | 1110-000 | 500.00 | | 20,188.25 |
| C  09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.33 | | 20,204.58 |
| C  10/24/06 | 1 | Prathibha Kumar | | 1110-000 | 500.00 | | 20,704.58 |
| C  10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.25 | | 20,721.83 |
| C  11/27/06 | 1 | Prathibha Kumar | | 1110-000 | 500.00 | | 21,221.83 |
| C  11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 17.06 | | 21,238.89 |
| C  12/21/06 | 1 | Prathibha Kumar<br>918 Genesee Dr.<br>Naperville, IL  60563 | | 1110-000 | 500.00 | | 21,738.89 |
| C  12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.12 | | 21,757.01 |
| C  01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 18.48 | | 21,775.49 |
| C  02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500 | BOND<br>BOND | 2300-000 | | 16.80 | 21,758.69 |

UST Form 101-7-TFR (4/1/2009) *(Page: 5)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-56759 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | KUMAR, PRATHIBHA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4105  BofA - Money Market Account |
| Taxpayer ID No: | *******2349 | | | |
| For Period Ending: | 09/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 Carondelet Street<br>New Orleans, LA 70130 | | | | | |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.70 | | 21,775.39 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.49 | | 21,793.88 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.92 | | 21,811.80 |
| C  05/23/07 | 1 | Prathiba Kumar | | 1110-000 | 1,000.00 | | 22,811.80 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.71 | | 22,830.51 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.76 | | 22,849.27 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.41 | | 22,868.68 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.42 | | 22,888.10 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.58 | | 22,902.68 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.59 | | 22,917.27 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 12.24 | | 22,929.51 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 10.96 | | 22,940.47 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.09 | | 22,949.56 |
| C  02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | | 2300-000 | | 21.58 | 22,927.98 |

UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-56759 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KUMAR, PRATHIBHA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4105  BofA - Money Market Account |
| Taxpayer ID No: | *******2349 | | | |
| For Period Ending: | 09/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 5.45 | | 22,933.43 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.42 | | 22,938.85 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.70 | | 22,943.55 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.91 | | 22,946.46 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.83 | | 22,949.29 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.92 | | 22,952.21 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.91 | | 22,955.12 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.83 | | 22,957.95 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.23 | | 22,960.18 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.88 | | 22,962.06 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.16 | | 22,963.22 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,963.41 |
| C  02/17/09 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 17.88 | 22,945.53 |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,945.71 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,945.91 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 22,946.41 |

UST Form 101-7-TFR (4/1/2009) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-56759 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | KUMAR, PRATHIBHA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4105  BofA - Money Market Account |
| Taxpayer ID No: | *******2349 | | | |
| For Period Ending: | 09/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,946.99 |
| C  06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,947.56 |
| C  07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,948.14 |
| C  08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,948.72 |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******4105 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 7 | Deposits | 22,646.65 | 3 | Checks | 56.26 |
| 39 | Interest Postings | 358.33 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 23,004.98 | | | |
| | | | | Total | $ 56.26 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 23,004.98 | | | |

/s/   GINA B. KROL

UST Form 101-7-TFR (4/1/2009) *(Page: 8)*

LFORM2T4  Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 05-56759 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | KUMAR, PRATHIBHA D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4105  BofA - Money Market Account |
| Taxpayer ID No: | *******2349 | | |
| For Period Ending: | 09/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 09/16/09
    GINA B. KROL

UST Form 101-7-TFR (4/1/2009) *(Page: 9)*

LFORM2T4

Ver: 14.31c

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-56759 SQU
Case Name: KUMAR, PRATHIBHA D
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: Cohen & Krol | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $_____ | $_____ |
| *Attorney for:* | | $_____ | $_____ |
| *Accountant for:* | | $_____ | $_____ |
| *Appraiser for:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | *IRS priority* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Chase Bank USA NA* | $_____ | $_____ |
| *000002* | *Citibank USA NA* | $_____ | $_____ |
| *000004* | *Bank of America* | $_____ | $_____ |
| *000005* | *Bank One* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000006* | *Beneficial* | $ | $ |
| *000007* | *Circuit City/Chase/Bank One* | $ | $ |
| *000008* | *First American Natl Bank* | $ | $ |
| *000009* | *Fleet Credit Card Services* | $ | $ |
| *000010* | *MBNA America* | $ | $ |
| *000011* | *National Credit Acceptance* | $ | $ |
| *000012* | *Sallie Mae* | $ | $ |
| *000013* | *Sears* | $ | $ |
| *000014* | *Vijay Kumar* | $ | $ |
| *000015* | *Wachovia Bank* | $ | $ |
| *000016* | *Wachovia Bank* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *IRS non-priority* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $            .