JOHN H. SQUIRES

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KUMAR, PRATHIBHA D | § | Case No. 05-56759 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                    Assets Exempt: 1,500.00

Total Distributions to Claimants: 15,192.67        Claims Discharged
                                                    Without Payment: 194,256.45

Total Expenses of Administration: 7,813.61

3) Total gross receipts of $ 23,006.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,006.28 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 118,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,813.61 | 7,813.61 | 7,813.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,300.00 | 25,353.69 | 25,353.69 | 15,192.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,880.00 | 85,915.43 | 85,915.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 216,180.00 | $ 119,082.73 | $ 119,082.73 | $ 23,006.28 |

4)  This case was originally filed under chapter 7 on  10/15/2005 .  The case was pending for 55 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/13/2010                    By:/s/GINA B. KROL
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate | 1110-000 | 22,646.65 |
| Post-Petition Interest Deposits | 1270-000 | 359.63 |
| **TOTAL GROSS RECEIPTS** | | **$23,006.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wachovia Bank Bankruptcy Dept 1665 Palm Beach Lakes Blvd West Palm Beach, FL 33401 | | 118,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ 118,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,050.56 | 3,050.56 | 3,050.56 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 17.88 | 17.88 | 17.88 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 16.80 | 16.80 | 16.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 21.58 | 21.58 | 21.58 |
| COHEN & KROL | 3110-000 | NA | 3,115.17 | 3,115.17 | 3,115.17 |
| GINA B. KROL | 3110-000 | NA | 1,557.58 | 1,557.58 | 1,557.58 |
| COHEN & KROL | 3120-000 | NA | 34.04 | 34.04 | 34.04 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,813.61 | $ 7,813.61 | $ 7,813.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IRS Priority Debt ATTN; Bankruptcy Dept. Box 21126 Philadelphia, PA 19114 | | 9,300.00 | NA | NA | 0.00 |
| IRS PRIORITY | 5800-000 | NA | 25,353.69 | 25,353.69 | 15,192.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | **$ 9,300.00** | **$ 25,353.69** | **$ 25,353.69** | **$ 15,192.67** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One Bankruptcy Department PO Box 276 Dayton, OH 45481-0276 | | 2,300.00 | NA | NA | 0.00 |
| Bank of America Bankruptcy Dept PO Box 53132 Phoenix, AZ 85072 | | 6,100.00 | NA | NA | 0.00 |
| Beneficial Bankruptcy Dept 5133 S. Pulaski Chicago, IL 60632 | | 4,000.00 | NA | NA | 0.00 |
| Chase Bankruptcy Department PO BOx 15153 Wilmington, DE 19886 | | 2,400.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Circuit City/Chase/Bank One Bankruptcy Department PO Box 15292 Wilmington, DE 19886-5292 | | 2,500.00 | NA | NA | 0.00 |
| CitiBank Bankruptcy Department PO Box 183036 Columbus, OH 43218 | | 6,100.00 | NA | NA | 0.00 |
| First American Natl Bank Attn: Bankruptcy Department PO Box 10044 Kennesaw, GA 30156 | | 2,900.00 | NA | NA | 0.00 |
| Fleet Credit Card Services Attn: Bankruptcy Dept PO Box 1070 Newark, NJ 07101-1070 | | 5,400.00 | NA | NA | 0.00 |
| IRS non-priority Attn: Bankruptcy Dept Box 21126 Philadelphia, PA 19114 | | 600.00 | NA | NA | 0.00 |
| MBNA America Bankruptcy Department PO Box 15019 Wilmington, DE 19886-5019 | | 7,200.00 | NA | NA | 0.00 |
| National Credit Acceptance Bankruptcy Department PO Box 661265 Sacramento, CA 95825 | | 1,500.00 | NA | NA | 0.00 |
| Sallie Mae Attn: Bankruptcy Dept PO Box 9500 Wilkes Barre, PA 18773-9500 | | 28,200.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sears Bankruptcy Department PO Box 20363 Kansas City, MO 64195-0363 | | 3,800.00 | NA | NA | 0.00 |
| Vijay Kumar Attn: Bankruptcy Dept 45 Branch Brook Road Wilton, CT 06897 | | 7,480.00 | NA | NA | 0.00 |
| Wachovia Bank Bankruptcy Department PO Box 517 Frederick, MD 21705-0517 | | 6,800.00 | NA | NA | 0.00 |
| Wachovia Bank Bnkruptcy Dept 1665 Palm Beach Lakes Blvd West Palm Beach, FL 33401 | | 1,600.00 | NA | NA | 0.00 |
| BANK OF AMERICA | 7100-900 | NA | 6,100.00 | 6,100.00 | 0.00 |
| BANK ONE | 7100-900 | NA | 2,300.00 | 2,300.00 | 0.00 |
| BENEFICIAL | 7100-900 | NA | 4,000.00 | 4,000.00 | 0.00 |
| CHASE BANK USA NA | 7100-900 | NA | 1,840.39 | 1,840.39 | 0.00 |
| CIRCUIT CITY/CHASE/BANK ONE | 7100-900 | NA | 2,500.00 | 2,500.00 | 0.00 |
| CITIBANK USA NA | 7100-900 | NA | 3,699.36 | 3,699.36 | 0.00 |
| FIRST AMERICAN NATL BANK | 7100-900 | NA | 2,900.00 | 2,900.00 | 0.00 |
| FLEET CREDIT CARD SERVICES | 7100-900 | NA | 5,400.00 | 5,400.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MBNA AMERICA | 7100-900 | NA | 7,200.00 | 7,200.00 | 0.00 |
| NATIONAL CREDIT ACCEPTANCE | 7100-900 | NA | 1,500.00 | 1,500.00 | 0.00 |
| SALLIE MAE | 7100-900 | NA | 28,200.00 | 28,200.00 | 0.00 |
| SEARS | 7100-900 | NA | 3,800.00 | 3,800.00 | 0.00 |
| VIJAY KUMAR | 7100-900 | NA | 7,480.00 | 7,480.00 | 0.00 |
| WACHOVIA BANK | 7100-900 | NA | 1,600.00 | 1,600.00 | 0.00 |
| WACHOVIA BANK | 7100-900 | NA | 6,800.00 | 6,800.00 | 0.00 |
| IRS NON-PRIORITY | 7300-000 | NA | 595.68 | 595.68 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 88,880.00 | $ 85,915.43 | $ 85,915.43 | $ 0.00 |

Exhibit 8

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:         05-56759    SQU    Judge: JOHN H. SQUIRES
Case Name:    KUMAR, PRATHIBHA D

For Period Ending: 04/13/10

Trustee Name:    GINA B. KROL
Date Filed (f) or Converted (c):    10/15/05 (f)
341(a) Meeting Date:    02/14/06
Claims Bar Date:    07/28/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 150,000.00 | 57,354.80 | | 22,646.65 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. BANK ACCONTS | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 359.63 | Unknown |
| TOTALS (Excluding Unknown Values) | $151,500.00 | $57,354.80 | | $23,006.28 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR

Debtor will not receive discharge since settlement was not fully paid.

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 06/30/09

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

_FORM1

Ver: 15.08

Page: 2

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      05-56759      SQU    Judge: JOHN H. SQUIRES
Case Name:    KUMAR, PRATHIBHA D

Trustee Name:                          GINA B. KROL
Date Filed (f) or Converted (c):       10/15/05 (f)
341(a) Meeting Date:                   02/14/06
Claims Bar Date:                       07/28/06

_____ Date: _____
GINA B. KROL

Ver: 15.08

LFORM1

Exhibit 9

Page:    1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          05-56759 -SQU
Case Name:        KUMAR, PRATHIBHA D

Taxpayer ID No:   ******2349
For Period Ending: 04/13/10

Trustee Name:     GINA B. KROL
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #: ******9996  BofA - Checking Account

Blanket Bond (per case limit): $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  11/09/09 | | Transfer from Acct #******4105 | Transfer In From MMA Account | 9999-000 | 22,950.02 | | 22,950.02 |
| C    11/17/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,050.56 | 19,899.46 |
| C    11/17/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,115.17 | 16,784.29 |
| C    11/17/09 | 003003 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,557.58 | 15,226.71 |
| C    11/17/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 34.04 | 15,192.67 |
| 11/17/09 | 003005 | IRS priority<br>Attn: Bankruptcy Dept.<br>Box 21126<br>Philadelphia, PA 19114 | Claims of Governmental Units - 507( | 5800-000 | | 15,192.67 | 0.00 |

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

Ver: 15.08

FORM2T4

Page:   2

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           05-56759 -SQU
Case Name:         KUMAR, PRATHIBHA D

Taxpayer ID No:    *******2349
For Period Ending: 04/13/10

Trustee Name:      GINA B. KROL
Bank Name:         BANK OF AMERICA, N.A.
Account Number / CD #:   *******9996  BofA - Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Account *******9996 | | | | |
| | | | Balance Forward | | | | 22,950.02 |
| | | | 0    Deposits | | 0.00 | | 0.00 |
| | | | 0    Interest Postings | | 0.00 | | 0.00 |
| | | | Subtotal | $ | 0.00 | | $    22,950.02 |
| | | | 0    Adjustments In | | 0.00 | | |
| | | | 1    Transfers In | | 22,950.02 | | |
| | | | Total | $ | 22,950.02 | | |
| | | | 5    Checks | | | | |
| | | | 0    Adjustments Out | | | | |
| | | | 0    Transfers Out | | | | |
| | | | Total | | | $ | |

* Reversed
t Funds Transfer
C Bank Cleared

Ver: 15.08

FORM2T4

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-56759 -SQU |
|---|---|
| Case Name: | KUMAR, PRATHIBHA D |
| Taxpayer ID No: | *******2349 |
| For Period Ending: | 04/13/10 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4l05 BofA - Money Market Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 06/12/06 | 1 | Prathibha Kumar | Partial Sales Proceeds | 1110-000 | 19,146.65 | | 19,146.65 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 8.36 | | 19,155.01 |
| C 07/10/06 | 1 | Vijay Kumar | | 1110-000 | 500.00 | | 19,655.01 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 16.53 | | 19,671.54 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 16.71 | | 19,688.25 |
| C 09/18/06 | 1 | Prathibiha Kumar 918 Genesee Dr. Naperville, IL 60563 | | 1110-000 | 500.00 | | 20,188.25 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 16.33 | | 20,204.58 |
| C 10/24/06 | 1 | Prathibha Kumar | | 1110-000 | 500.00 | | 20,704.58 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 17.25 | | 20,721.83 |
| C 11/27/06 | 1 | Prathibha Kumar | | 1110-000 | 500.00 | | 21,221.83 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 17.06 | | 21,238.89 |
| C 12/21/06 | 1 | Prathibha Kumar 918 Genesee Dr. Naperville, IL 60563 | | 1110-000 | 500.00 | | 21,738.89 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 18.12 | | 21,757.01 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate .1.000 | 1270-000 | 18.48 | | 21,775.49 |
| C 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 | BOND BOND | 2300-000 | | 16.80 | 21,758.69 |

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.08

FORM2T4

Page:    4

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         05-56759 -SQU
Case Name:    KUMAR, PRATHIBHA D

Taxpayer ID No:    *******2349
For Period Ending:  04/13/10

Trustee Name:         GINA B. KROL
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #:    ******4105  BofA - Money Market Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 Carondelet Street New Orleans, LA 70130 | | | | | |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 16.70 | | 21,775.39 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.49 | | 21,793.88 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.92 | | 21,811.80 |
| C  05/23/07 | 1 | Prathiba Kumar | | 1110-000 | 1,000.00 | | 22,811.80 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.71 | | 22,830.51 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.76 | | 22,849.27 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.41 | | 22,868.68 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.42 | | 22,888.10 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.58 | | 22,902.68 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 14.59 | | 22,917.27 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 12.24 | | 22,929.51 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 10.96 | | 22,940.47 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 9.09 | | 22,949.56 |
| C  02/11/08 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 21.58 | 22,927.98 |

Ver: 15.08

FORM2T4

Page: 5

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:           05-56759 -SQU
Case Name:     KUMAR, PRATHIBHA D

Taxpayer ID No:     ******2349
For Period Ending:  04/13/10

Trustee Name:              GINA B. KROL
Bank Name:                  BANK OF AMERICA, N.A.
Account Number / CD #:   ******4J05  BofA - Money Market Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 5.45 | | 22,933.43 |
| C   03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 5.42 | | 22,938.85 |
| C   04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 4.70 | | 22,943.55 |
| C   05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.91 | | 22,946.46 |
| C   06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.83 | | 22,949.29 |
| C   07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.92 | | 22,952.21 |
| C   08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.91 | | 22,955.12 |
| C   09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.83 | | 22,957.95 |
| C   10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.23 | | 22,960.18 |
| C   11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.88 | | 22,962.06 |
| C   12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.16 | | 22,963.22 |
| C   01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,963.41 |
| C   02/17/09 | 000303 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 17.88 | 22,945.53 |
| C   02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,945.71 |
| C   03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,945.91 |
| C   04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.50 | | 22,946.41 |

Ver: 15.08

FORM2T4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 05-56759 -SQU |
| Case Name: | KUMAR, PRATHIBHA D |
| Taxpayer ID No: | *******2349 |
| For Period Ending: | 04/13/10 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4105 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,946.99 |
| C  06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,947.56 |
| C  07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,948.14 |
| C  08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,948.72 |
| C  09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.57 | | 22,949.29 |
| C  10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 22,949.87 |
| C  1/09/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 22,950.02 |
| C t  11/09/09 | | Transfer to Acct #*******9996 | Final Posting Transfer | 9999-000 | | 22,950.02 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******4105 | | Balance Forward | 0.00 | | | |
| | 7 | Deposits | 22,646.65 | 3 | Checks | 56.26 |
| | 42 | Interest Postings | 359.63 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 22,950.02 |
| | | Subtotal | $ 23,006.28 | | | |
| | | | | | Total | $ 23,006.28 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 23,006.28 | | | |

\* Reversed

t  Funds Transfer

C  Bank Cleared

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    7

Exhibit 9

| Case No: | 05-56759 -SQU |
|---|---|
| Case Name: | KUMAR, PRATHIBHA D |
| Taxpayer ID No: | ******2349 |
| For Period Ending: | 04/13/10 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******4105  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Uniform Trans. Code | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Report Totals | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Balance Forward | 0.00 | | |
| | | | | 7 | Deposits | 22,646.65 | | |
| | | | | 42 | Interest Postings | 359.63 | | |
| | | | | | Subtotal | $ 23,006.28 | | |
| | | | | 0 | Adjustments In | 0.00 | | |
| | | | | 1 | Transfers In | 22,950.02 | | |
| | | | | | Total | $ 45,956.30 | | |
| | | | | 8 | Checks | | 23,006.28 | |
| | | | | 0 | Adjustments Out | | 0.00 | |
| | | | | 1 | Transfers Out | | 22,950.02 | |
| | | | | | Total | | $ 45,956.30 | |
| | | | | | Net Total Balance | | $ 0.00 | |

Trustee's Signature:    /s/    GINA B. KROL    Date: 04/13/10

GINA B. KROL

Ver: 15.08

FORM2T4